FILED
August 15, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>        Plaintiff,               )<br>v.                               )<br>                                 )<br>JUAN MADRIGAL RIZO,              )<br>                                 )<br>        Defendant.               ) | Case No. MAG. 08-0283 KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JUAN MADRIGAL RIZO, Case No. MAG. 08-0283 KJM, Charge Title 21 USC §§ 846; 841 (a)(1); 843 (b), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

 X   Bail Posted in the Sum of $ _150,000_

   X  Unsecured Appearance Bond _co-signed by wife to be replaced by secured bond w/i 2 weeks_

   ___ Appearance Bond with 10% Deposit

   ___ Appearance Bond with Surety

   ___ Corporate Surety Bail Bond

   X  (Other) _Pretrial Services Supervision of Conditions_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 15, 2008 at 3:30 pm.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge