BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S 08-392 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| JUAN MADRIGAL RIZO, | |
| Defendant. | Hon. GARLAND E. BURRELL, JR. |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, defendant Juan Madrigal Rizo, through his counsel of record, Gilbert Roque, request that the status conference currently set for September 24, 2010, be continued to October 15, 2010, and stipulate that the time beginning September 24, 2010, and extending through October 4, 2010, should be excluded from the calculation of time under the Speedy Trial Act.

The parties submit that the ends of justice are served by

1

1  the Court excluding such time, so that counsel for the defendant
2  may have reasonable time necessary for effective preparation,
3  taking into account the exercise of due diligence.  18 U.S.C. §
4  3161(h)(7)(B)(iv); Local Code T4.
5       The parties stipulate and agree that the interests of
6  justice served by granting this continuance outweigh the best
7  interests of the public and the defendants in a speedy trial.  18
8  U.S.C. § 3161(h)(7)(A).
9  IT IS SO STIPULATED.

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: September 24, 2010    By: | /s/ Michael M. Beckwith<br>MICHAEL M. BECKWTIH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| DATED: September 24, 2010    By: | /s/ Gilbert Roque<br>GILBERT ROQUE<br>Attorney for Defendant<br>JUAN MADRIGAL RIZO |

**ORDER**

The status conference in case number CR. S 08-392 GEB, currently set for September 24, 2010, is continued to October 15, 2010, and the time beginning September 24, 2010, and extending through October 15, 2010, is excluded from the calculation of time under the Speedy Trial Act.  For the reasons stated in the above stipulation, the Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   September 26, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge