BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2729

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-08-392 GEB |
| Plaintiff, ) | |
| ) | MOTION TO DISMISS INDICTMENT |
| v. ) | AND [PROPOSED] ORDER |
| ) | |
| JUAN MADRIGAL RIZO, ) | |
| Defendant. ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, moves this Court for an order dismissing the indictment against Juan Madrigal Rizo in Case No. S-08-392 GEB. The indictment in this case was filed on August 28, 2008.  The indictment charged the defendant with violating 21 U.S.C. §§ 846 and 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Over 500 Grams of Methamphetamine.  The government asks that the indictment be dismissed without prejudice.

///

///

///

1

1  This motion is made in the interest of justice in light of
2 evidence discovered post indictment.
3  The defendant is currently out of custody.

5 DATED: March 11, 2011                    BENJAMIN B. WAGNER
                                           United States Attorney

7                                     By: /s/ Michael M. Beckwith
                                          MICHAEL M. BECKWITH
8                                         Assistant U.S. Attorney

11                           **O R D E R**

13 APPROVED AND SO ORDERED:

14 Dated:  March 22, 2011

16 _____
   GARLAND E. BURRELL, JR.
17 United States District Judge

2